UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MATI GILL,

    Plaintiff,

— against —

ARAB BANK, PLC,

    Defendant.

ORDER

11-CV-3706

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 2 4 2012 ★
BROOKLYN OFFICE

**JACK B. WEINSTEIN, Senior United States District Judge:**

For the reasons stated orally on the record at a hearing conducted on February 23, 2012, plaintiff's request for reassignment of his case is denied.

Rule 12 motion practice shall proceed as outlined at the hearing.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date: February 23, 2012
Brooklyn, New York

