UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATI GILL, <br><br> Plaintiff, <br><br> v. <br><br> ARAB BANK, PLC, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No. 11-cv-3706 <br> ) <br> ) (JBW) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the accompanying Plaintiff's Motion to Exclude the Expert Opinion of Yohai Bar Zakei and the Declaration of Aitan D. Geolman in Support of Plaintiff's Motion, the undersigned will move this Court before the Honorable Jack B. Weinstein, United States District Judge, in the United States Court House, 225 Cadman Plaza East, Brooklyn, New York 11201, on such date and at such time as the Court sets, for an order excluding Col. Bar Zakey's Expert Opinion.

Dated: September 19, 2012
       Washington, D.C.

ZUCKERMAN SPAEDER LLP

/s Aitan D. Goelman
Peter R. Kolker
Aitan D. Goelman
1800 M Street, NW, Suite 1000
Washington, DC 20036
(202) 778-1800

OSEN LLC
Gary M. Osen
Joshua D. Glatter
Aaron Schlanger
Ari Ungar

3724887.4

2 University Plaza, Suite 201
Hackensack, NJ 07601-6211
(201) 265-6400

345 Seventh Avenue, 21st Floor
New York, New York 10001
(646) 380-0470

TURNER & ASSOCIATES, P.A.
C. Tab Turner
4705 Somers Avenue, Suite 100
North Little Rock, AR 72116
(501) 791-2277

KOHN, SWIFT & GRAF, P.C.
Steven M. Steingard
Stephen H. Schwartz
One South Broad Street, Suite 2100
Philadelphia, PA 19107
(215) 238-1700

2

3724887.4

## CERTIFICATE OF SERVICE

      I, Aitan Goelman, hereby certify that on September 19, 2012, I caused the foregoing to be served in accordance with the Federal Rule of Civil Procedure, the Court's Local Rules, and the Rules on Electronic Service, by ECF upon all counsel of record.

                                          /s Aitan D. Goelman

3724887.4