

**DLA Piper** LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

Kevin Walsh
kevin.walsh@dlapiper.com
**T** 212.335.4571
**F** 212.884.8463

October 16, 2012

**BY ECF AND HAND DELIVERY**

Hon. Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re: *Mati Gill v. Arab Bank, PLC*, 11-CV-3706 (JBW) (VVP) (E.D.N.Y. filed Aug. 1, 2011)**

Dear Magistrate Judge Pohorelsky:

We represent Defendant Arab Bank plc (the "Bank") and write in response to the October 11, 2012 letter of Gary M. Osen on behalf of the Plaintiff (ECF Nos. 159-160) ("Osen Ltr.")) requesting a "revision of the pretrial schedule." While Judge Weinstein has already ruled that "Defendant's motion for summary judgment will be heard as long-scheduled on October 29, 2012" and that "[n]o adjournments will be granted," he has respectfully referred Plaintiff's request for an extension of pre-trial discovery to your Honor. (Order, Oct. 12, 2012 (ECF No. 175).)

The Plaintiff has not stated in his letter what specific additional discovery he wishes to conduct, other than to make vague references to "discovery from relevant jurisdictions to the extent practicable." Nor does he present any new grounds for protracting discovery beyond the September 18, 2012 deadline specified by Judge Weinstein at the hearing of June 28, 2012. (Hr'g Tr. 35:6-8, June 28, 2012; Minute Order, June 28, 2012 (ECF No. 39).) Rather, he argues that further discovery is now warranted because Judge Weinstein has indicated that he will not impose evidentiary sanctions against the Bank. This argument was previously rejected by the Court and is flatly contradicted by the Plaintiff's previous statements on the record in this case.

As recently as July 20, 2012, Judge Weinstein rejected an attempt by the Plaintiff to delay these proceedings on nearly identical grounds. In a July 17, 2012 letter to the Court, the Plaintiff requested an extension of the discovery deadline due to:

> the impact that the Second Circuit's decision on Judge Gershon's sanctions decision may have on the need for further discovery regarding the Defendant's



> state of mind, and the likelihood that both parties will need to seek discovery under the Hague Convention of third-party witnesses in Israel.

(Ltr. from Gary M. Osen, Esq. to Hon. Jack B. Weinstein, July 17, 2012 (ECF No. 42) ("July 17 Osen Ltr.").) After considering these arguments, the Court held that "no good reason has been presented to delay this case. The schedule will remain as provided." (July 20 Order (ECF No. 46).)

The Plaintiff's desire to reopen discovery on the eve of trial is especially suspect in light of the fact that he has had four years to investigate his claims, and that he has expressly assured the Court that no further discovery would be needed in this case. (*See, e.g.*, Hrg. Tr. 44:15-17, June 28, 2012 (annexed) ("in terms of the discovery record as it exists [with regard] to the [B]ank's conduct[,] that probably should not be an issue").) He made these assurances not once, but repeatedly: "We don't intend to seek further bank conduct discovery as distinct from attack attribution discovery from the [B]ank. I am inclined to discuss with the [B]ank's counsel either an interrogatory or a stipulation that would at least formalize and document the bank secrecy position"; "from a mechanical standpoint in terms of formalizing what the [D]efendant's position is with respect to any additional or supplemental discovery in connection with its own conduct vis-a-vis the customers or transactions that it facilitated, we can probably work that out between the two of us either through an interrogatory response or stipulation." *Id.* 32:16-20; 33:19-25. At the time, Judge Weinstein noted that the Plaintiff had ample opportunity over the years to collect evidence, and that he has "completed as much discovery as [he] can get on those issues." (Hr'g Tr. 31:22-23, June 28, 2012.)

It is incredible, in any event, if the additional unspecified discovery "from relevant jurisdictions" is indeed "essential," as Plaintiff now claims, that he would have waited to this late hour to turn to it. Plaintiff insists he did not previously "press forward" with this discovery "because the Rule 37 remedy, as a practical matter, obviated the need for further bank secrecy practice regarding other nations." (Osen Ltr. at 4 n.7.) But given the Bank's continued challenge to these sanctions, including its pending *mandamus* petition before the Second Circuit, it is simply not plausible that Plaintiff had concluded to a certainty, as he suggests, that Judge Weinstein was required to apply the sanctions fashioned by the *Linde* Court.

Indeed, Plaintiff does not even specify what further discovery he needs, other than to repeat general categories that have already been the subject of prior requests of Judge Weinstein, such as third-party discovery through the Hague Convention. (*Id.* at 4.) And the one topic that he does specifically mention—his need to conduct discovery as to "how the Bank dealt with the Israeli Unlawful Organizations list after April 2005"—is one of no relevance



whatsoever to his claims, as his attorneys have previously conceded. (*Id.* at 5.) Indeed, this list includes entities such as the Palestine Liberation Organization, the entity that signed the Oslo Peace Accord with Israel in 1993. (*Linde* Pls.' Joint Fifth Set of Interrogs. Directed to Def. Arab Bank, PLC, Ex. C, Jan. 18, 2011 (annexed).) As one of the Bank's expert witnesses in this action, Yair Dagan, has made clear, moreover, Israeli banks were not required to apply this list until 2007, and the Israeli Unlawful Organizations list did not even include the names of individuals until 2012. (Dagan Tr. 97:8-21; 99:2-9, 102:22-103:15, Mar. 20, 2012 (annexed).) When Mr. Osen and other attorneys deposed Mr. Dagan in the *Linde* actions, they expressly questioned the possible relevance of the Israeli designation list.[1] It is highly suspect that on the eve of summary judgment and trial, this evidence has now become "essential."

For all the reasons stated above, Arab Bank respectfully requests that the Court once again deny Plaintiff's attempt to extend the September 18, 2012 discovery cutoff, which has long since passed.

Respectfully submitted,

Kevin Walsh

cc: Hon. Jack B. Weinstein (by hand delivery)
All Counsel (by email) (w/ attachments)

---

[1] MR. HOWARD: . . . Can you tell us, based on your experience, does the Ministry of Defense list that's maintained on its Internet site contain names of organizations and of individual persons?

MR. WERBNER: I really have to object here. We're going in great depth to [the] Israeli list and the Israeli Minister of Defense. That's not relevant to any issue in the case. . . . .

MR. HOWARD: Well . . . are you telling me that plaintiffs are making no allegation that declarations of entities as being unlawful by the State of Israel has any reference at all in this case? . . . .

MR. WERBNER: . . . And you seem to be eliciting stuff that the Court has clearly said was not relevant. . . . .

MR. OSEN: I'll just note that the letter the we sent to you and to Mr. Walsh indicated the scope of relevance of the Israeli unlawful associations list.

MR. HOWARD: The question, Mr. Dagan, was whether, based on your knowledge and experience, the Ministry of Defense consolidated list maintained on their website contained names of organizations and individuals?

A. Today, the list includes both individuals and organizations. But the individuals were added only at the beginning of this year. Until 2012, it was only organizations. . . .

MR. WERBNER: How could that possibly be relevant?

*Id.* at 101:17- 103:13.

# ATTACHMENT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

MATI GILL, Plaintiff, -against- ARAB BANK, PLC, Defendant.

11-CV-3706(JBW)

United States Courthouse
Brooklyn, New York

Thursday, June 28, 2012
1:00 p.m.

- - - - - - - - - - - - - - - - - X

TRANSCRIPT OF CIVIL CAUSE FOR MOTION
BEFORE THE HONORABLE JACK B. WEINSTEIN
UNITED STATES SENIOR DISTRICT JUDGE

A P P E A R A N C E S:

For the Plaintiff:

THE GEORGE WASHINGTON UNIVERSITY SCHOOL OF LAW
For the Plaintiff - Mati Gill
2000 H Street, N.W.
Washington, D.C. 20052
BY: PETER RAVEN-HANSEN
Glen Earl Weston Research Professor of Law

OSEN, LLC
Attorneys for the Plaintiff - Mati Gill
345 Seventh Avenue
New York, New York 10001
BY: JOSHUA DAVID GLATTER, ESQ.

PDF created with pdfFactory Pro trial version www.pdffactory.com

A P P E A R A N C E S: (Continued.)

For the Plaintiff: OSEN, LLC
Attorneys for the Plaintiff - Mati Gill
2 University Plaza
Suite 201
Hackensack, New Jersey 07601
BY: AARON SCHLANGER, ESQ.
ARI UNGAR, ESQ.

For the Defendant: DLA PIPER, LLP (US)
Attorneys for the Defendant - Arab Bank, PLC
1251 Avenue of the Americas
New York, New York 10020
BY: KEVIN WALSH, ESQ.
DOUGLAS WALTER MATEYASCHUK, II, ESQ.
STEVEN YOUNG, ESQ.

Court Reporter: Anthony D. Frisolone, FAPR, RDR, CRR, CRI
Official Court Reporter
Telephone: (718) 613-2487
Facsimile: (718) 613-2694
E-mail: Anthony_Frisolone@nyed.uscourts.gov

Proceedings recorded by computerized stenography. Transcript produced by Computer-aided Transcription.

PDF created with pdfFactory Pro trial version www.pdffactory.com

So, the transaction records we have are limited to that time period, but we allege in good faith, and I want to assure Mr. Walsh of this, that when accounts were open as late as we know we have no basis for thinking that they're not still open. And, in fact, the bank has admitted to having 11 accounts between 1999 and I think at least the time of the answer to the interrogatories which was 2009 that were specially designated global terrorists, this is another form of U.S. Government designation. They assert that they closed those accounts since then, but we have been denied any discovery of when they closed them, why they closed them, or what they did with the amounts. In fact --

THE COURT: I'm sorry. Go ahead.

MR. RAVEN-HANSEN: We believe that Judge Gershon will preclude them from testifying that they closed them because they haven't allowed any discovery that would let us test that proposition. So, what we in good faith alleged in the complaint that those accounts were open at one point, and for all that the record shows are still open and that would be through 2008.

THE COURT: You have completed as much discovery as you can get on those issues. We don't have to --

MR. RAVEN-HANSEN: May I confer with Mr. Glatter.

Is there anything else just to make sure that

PDF created with pdfFactory Pro trial version www.pdffactory.com

I can give you a correct answer on the discovery issue.

MR. GLATTER: Your Honor, Mr. Walsh is correct that the parties have not met and conferred with respect to any, I guess, I'll call it supplemental discovery that may be apropos to the bank's conduct since the essential close of the discovery in the Linde case.

THE COURT: We have the same magistrate judge in both cases. Who is that?

MR. WALSH: Magistrate Judge Pohorelsky, your Honor. Pohorelsky.

MR. GLATTER: So, what we would suggest doing is and, certainly, as a courtesy to the defendant is to meet and confer with the defendant and submit a pretrial discovery schedule perhaps within the next 60 days, and I assume that we go for Judge Pohorelsky's approval.

We don't intend to seek further bank conduct discovery as distinct from attack attribution discovery from the bank. I am inclined to discuss with the bank's counsel either an interrogatory or a stipulation that would at least formalize and document the bank secrecy position.

As your Honor probably knows already, the Second Circuit currently is addressing the bank's petition for mandamus and collateral rule appeal for the Rule 37 remedy that Judge Gershon ordered.

THE COURT: That mandamus, are you sure she hasn't

PDF created with pdfFactory Pro trial version www.pdffactory.com

certified it?

MR. GLATTER: The mandamus was taken up by the circuit the argument was completed in March.

MR. RAVEN-HANSEN: March 6th.

MR. GLATTER: There has not been an order issued yet ruling on the appeal.

THE COURT: On mandamus, not on her certification?

MR. RAVEN-HANSEN: She denied certification.

MR. GLATTER: The Court denied defendant's motion for an interlocutory appeal.

So, I would add that with respect to knowing what discovery or, rather, arguments will be in or out that's at this point our position we pointed out to the Circuit's it's unknown because Judge Gershon hadn't specifically precluded any evidence but just gave some indicia of what materials might be excluded where proof or refutation might be within the withheld documents or testimony.

So, I think from a mechanical standpoint in terms of formalizing what the defendant's position is with respect to any additional or supplemental discovery in connection with its own conduct vis-à-vis the customers or transactions that it facilitated, we can probably work that out between the two of us either through an interrogatory response or a stipulation.

PDF created with pdfFactory Pro trial version www.pdffactory.com

# BLUE SHEET

Case 1:11-cv-03706-JBW-VVP Document 177 Filed 10/16/12 Page 11 of 36 PageID #: 23634

the third-party banks to a subpoena duces tecum whether there would be any need for §30(b)(6) depositions from any of these third-party representatives.

THE COURT: The reason why I ask, I indicated already that I thinking I'm going to deny the motion and rule within the motion for summary judgment. And in my order, I was prepared to make September 18th the date for the end of discovery subject to hearing and review the Rule 26 expert materials by September 4th; the Daubert hearings September 28th; the hearing on the motion for summary judgment on October 29th; and the trial date, if we need one, on November 12th with in limine hearings on November 4th.

Now, what's the nearest jury return date to November 12th, please?

COURTROOM DEPUTY: November 5th.

THE COURT: All right. Thank you.

COURTROOM DEPUTY: We don't have that yet.

THE COURT: Usually, it's every two weeks.

COURTROOM DEPUTY: November 19th.

THE COURT: The 19th. So, the trial date will be November 19th when the hearings we can put off a week and then that would be November 15th.

What day of the week is that?

COURTROOM DEPUTY: November 15th is a Thursday.

PDF created with pdfFactory Pro trial version www.pdffactory.com

# BLUE SHEET

the time I provided for discovery.

MR. GLATTER: So, that we understand, is that a fixed discovery cut-off date at this time, your Honor?

THE COURT: That would be what I'm proposing right now, yes. It's kind of short, but it seems to me this case has been pending a long time. It's been worked over on discovery there shouldn't be too much open.

MR. GLATTER: My concern, your Honor, is knowing what the pacing, and we support, obviously, as plaintiff's counsel, we support streamlining pacing to the greatest extent possible. With that said, in terms of generating supplemental expert reports assessing whether or not arranging for Mr. Gil's deposition who resides in Israel, determining whether or not there are other fact witnesses with respect to the attack, I think, in terms of the discovery record as it exists to the bank's conduct that probably should not be an issue.

THE COURT: I don't see what people who were present at the attack are going to add to anything. I mean, you're not contesting that he was shot, are you?

MR. WALSH: No, your Honor, of course, not.

THE COURT: Or that he was even shot from Gaza.

MR. WALSH: No, your Honor.

THE COURT: So, I mean, who are you going to depose about what?

PDF created with pdfFactory Pro trial version www.pdffactory.com

# ATTACHMENT 2

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COURTNEY LINDE, et al., Plaintiff, v. ARAB BANK, PLC, Defendants. | CV 04-2799 (NG)(VVP) and all related cases* |

**PLAINTIFFS' JOINT FIFTH SET OF INTERROGATORIES DIRECTED TO DEFENDANT ARAB BANK, PLC (CONTENTION INTERROGATORIES)**

Plaintiffs in the above-captioned actions, by their undersigned attorneys, and pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, hereby request that defendant, Arab Bank, PLC, answer, in writing and under oath, within thirty days of the date of service hereof, or at such other time as counsel may agree, the interrogatories set forth below.

**DEFINITIONS AND INSTRUCTIONS**

## I. DEFINITIONS

As used in these Interrogatories, the following capitalized terms have the meanings ascribed below:

A. Except as otherwise set forth herein, Plaintiffs hereby incorporate by

* *Litle, et al. v. Arab Bank, PLC,* No. CV-04-5449 (E.D.N.Y. 2004) (NG)(VVP); *Almog, et al. v. Arab Bank, PLC,* No. CV-04-5564 (E.D.N.Y. 2004) (NG)(VVP); *Coulter, et al. v. Arab Bank, PLC,* No. CV-05-365 (E.D.N.Y. 2005) (NG)(VVP); *Afriat-Kurtzer, et al. v. Arab Bank, PLC,* No. CV-05-388 (E.D.N.Y. 2005) (NG)(VVP); *Bennett, et al. v. Arab Bank, PLC,* No. CV-05-3183 (E.D.N.Y. 2005) (NG)(VVP); *Roth, et al. v. Arab Bank, PLC,* No. CV-05-3738 (E.D.N.Y. 2005) (NG)(VVP); *Weiss, et al. v. Arab Bank, PLC,* No. CV-06-1623 (E.D.N.Y. 2006) (NG)(VVP); *Jesner, et al. v. Arab Bank, PLC,* No. CV-06-3869 (E.D.N.Y. 2006) (NG)(VVP); *Lev, et al. v Arab Bank, PLC,* No. CV-08-3251 (E.D.N.Y. 2008) (NG)(VVP); and *Agurenko v. Arab Bank, PLC,* No. CV-10-626 (E.D.N.Y. 2010) (NG)(VVP).

# EXHIBIT C

## List of Declarations and Orders

| Date of Declaration/Order | Organization | Significance of Declaration/Order | Party Making Declaration |
|---|---|---|---|
| January 30, 1986 | PLO<br>Palestinian National Liberation Front<br>Palestinian Liberation Army (PLA), Popular Front for the Liberation of Palestine (PFLP) (Habash)<br>Democratic Front for the Liberation of Palestine (DFLP) (Hawatmeh)<br>Popular Liberation War Pioneers<br>Popular Front for the Liberation of Palestine<br>Arab Liberation Front<br>Palestinian Popular Struggle Front<br>Palestinian Liberation Front (PLF)<br>Abu-Nidal Faction<br>Abu-Ibrahim Faction<br>Naji 'Allush Faction<br>Abu-Jabbar Faction<br>Heroes of Return<br>The Popular Front<br>FATAH<br>Palestinian Revolutionary Councils<br>Palestinian National Front<br>Lebanese Armed Revolutionary Faction | Declared a terrorist organization under the Prevention of Terrorism Ordinance | Government decision |
| December 22, 1968 | Tira Culture and Sports Club | Declared an illegal association | Moshe Dayan (Minister of Defense) |
| August 18, 1988 | Popular committees<br>National committees<br>Shock groups<br>Shock forces<br>Popular opposition groups<br>Deterrence groups<br>Deterrence forces | Declared an illegal association | Yitzhak Rabin (Minister of Defense) |
| June 22, 1989 | Hamas<br>Hizballah<br>Islamic Jihad | Declared a terrorist organization under the Prevention of Terrorism Ordinance | Government decision |
| September 15, 1989 | Islamic Resistance Movement<br>Hamas<br>Al-Mujahidin Al-Falastini'in<br>Majd | Declared an illegal association | Yitzhak Rabin (Minister of Defense) |
| October 29, 1990 | Islamic Jihad<br>Palestinian Islamic Jihad | Declared an illegal association | Moshe Arens (Minister of Defense) |
| March 14, 1996 | Holy Land Fund | Seizure order | Shimon Peres (Minister of Defense) |
| March 17, 1996 | Islamic Assistance (Rescue) Committee | Banning order | Shimon Peres (Minister of Defense) |

| | | | |
|---|---|---|---|
| November 28, 1996 | Humanitarian Rescue Committee for Support of Orphans and the Needy | Seizure order | Itzchak Mordechay (Minister of Defense) |
| May 6, 1997 | Falastin Al-Muslima<br>Welfare and Development Fund for Palestine<br>Al-Aksa Fund<br>Holy Land Fund for Relief and Development | Declared an illegal association | Itzchak Mordechay (Minister of Defense) |
| 1998 | Falastin Al-Muslima<br>Welfare and Development Fund for Palestine<br>Al-Aksa Fund<br>Holy Land Fund for Relief and Development | Declared a terrorist organization under the Prevention of Terrorism Ordinance | Government decision |
| May 20, 1998 | Beit El Mal Al-Phalastini Al-Arabi Al-Muslima Al-Aama Al-Mahaduda Ltd. | Amendment to Declaration of Illegal Association | Itzchak Mordechay (Minister of Defense) |
| August 31, 2000 | Al-Kutla Al-Islamia | Amendment to Declaration of Illegal Association | Ehud Barak (Minister of Defense) |
| October 4, 2001 | Al-Qeda, led by Osama Bin-Laden | Declared an illegal association | Binyamin Ben-Eliezer (Minister of Defense) |
| December 6, 2001 | Tanzim - Tanthim<br>Force 17 (Presidential Guard) - al-Amn al-Ri'asah | Declared a terrorist organization under the Prevention of Terrorism Ordinance | Government decision |
| February 25, 2002 | **Charity organizations in Judea, Samaria and the Gaza Strip** affiliated with the Hamas and/or strengthening it or part of the Hamas infrastructure, including<br>**Zakkah and Mercy Society Khan Yunes** (Lajnat Al-Zakkah Al-Rahme Khan Yunes)<br>**Islamic Center (Mujma)** (Al-Mujma Al-Islami), Gaza Strip<br>**Islamic Virtue Society** (Jamaiat Al-Salah Al-Islamaia), Gaza Strip<br>**Islamic Charity Society** (Al-Jamaia Al-Islamia Al-Khiria), Gaza Strip<br>**Loyalty (Wafa) Society to Care for the Aged** (Jamaiat Al-Wafa LiRayat Al-Musenin), Gaza Strip<br>**Society of Charity and Grace for Children** (Jamiat Mubarat Al-Rahme lilAtfal), Gaza Strip<br>**House of Quaran and Sunnah Society** (Jamaiat Dar Al-Quran Wal-Sunnah), Gaza Strip<br>**House of Blessed Quaran and Sunnah** (Jamaiat Dar Al-Quran Al-Karim Wal-Sunnah), Gaza Strip<br>**The Al-Nur Prisoner Society (Jamaiat Al-Nur Al-Khira), Gaza Strip**<br>**Islamic Charity Society Hebron** (Al-Jamaia Al-Islamia Al-Khiria Al-Khalil)<br>**Islah (Reform) Society Jericho** (Jamaiat Al-Islah Al-Khiria Jericho)<br>**Orphan Care Society Bethlehem** (Jamaiat Ra'iat Al-Yatim Bethlehem)<br>**Islah (Reform) Society Al-Bireh** (Jamiat Al-Islah)<br>**Zakkah Committee Ramallah** (Lajnat Zakkah Ramallah) | Declared an illegal association | Binyamin Ben-Eliezer (Minister of Defense) |

|  |  |  |  |
|---|---|---|---|
|  | **Quran and Sunnah Society Qalqilia** (Jamaiat Al-Quran Wal-Sunnah Qalqilia<br>**Zakkah Committee Yul Karem** (Lajnat Zakkah Tul-Karem)<br>**Islamic Solidarity (Tadamon) Charity Society** (Jamaiat Al-Tadamon), Nablus<br>**Islamic Assistance Society Nablus** (Lajnat Al-Ighatha Al-Islamia Nablus)<br>**Zakkah Funds Committee Jenin** (Lajnat Amwal Al-Zakkah Jenin)<br>**Hebron Young Muslims' Society** (Jamaiat Al-Shuban Al-Muslemin)<br>As well as the following societies based outside of Israel:<br>**World Assembly of Muslim Youth** (Al-Nadwa Al-Alamia LilShabab Al-Islami)<br>**Charity Coalition** (Al-Ta'aluf Al-Khiri)<br>**International Islamic Assistance Organization** (Al-Haya Al-Khairia Al-Islamia Al-Alamia) |  |  |
| August 11, 2002 | Al-Qa'ida, led by Osama Bin-Laden | Declaration under Prevention of Terrorism Ordinance | Government decision |
| November 28, 2002 | The Tanzim or Al-Aksa Martyrs Brigade | Declared an illegal association | Shaul Mofaz (Minister of Defense |
| December 20, 2002 | Presidential Guard or Force 17 | Declared an illegal association | Shaul Mofaz (Minister of Defense |
| February 7, 2003 | Cultural Committee (Lajnat Al-Tura) also known as:<br>Islamic Awareness Committee (Lajnat Al Tawaia Al Islamia)<br>Movement for Islamic Reform and Justice (Jamaiat Al-Islah Al-Khariya Al-Islamia)<br>Al-Sanabil (NPO) | Declared an illegal association | Shaul Mofaz (Minister of Defense |
| February 9, 2003 | Cultural Committee (Lajnat Al-Tura) also known as:<br>Islamic Awareness Committee (Lajnat Al Tawaia Al Islamia)<br>Movement for Islamic Reform and Justice (Jamaiat Al-Islah Al-Khariya Al-Islamia)<br>Al-Sanabil (NPO) | Declaration under Prevention of Terrorism Ordinance | Government decision |
| March 12, 2003 | Al-Jam'iya Al-Islamiya | Declaration under Prevention of Terrorism Ordinance | Government decision |
| May 30, 2003 | Hizballah | Declaration under Prevention of Terrorism Ordinance | Government decision |
| June 12, 2003 | Hizballah | Declared an illegal association | Government decision |
| October 24, 2003 | Al-Ansar and Al-Quds Force organizations of the Iranian Revolutionary Guard – Lebanon, or any other name used by this organization, including any of its factions and any branch, committee, group or segment of this organization is unlawful organization as defined in the regulations. | Declared an illegal association | Shaul Mofaz (Minister of Defense) |
| June 12, 2003 | Organization for Social Development | Declared an illegal association | Shaul Mofaz (Minister of Defense) |

| | | | |
|---|---|---|---|
| March 24, 2004 | The Society for Fostering Arab Women also known as Lajnat Ri'aya Al-Mara Al-Arabia or Jamiat Al-Ri'aya Lilmara Al-Arabiya or any other name used by this organization, including any of its factions and any branch, center, group or segment of this organization is an illegal association as defined in the regulations. | Declared an illegal association and seizure order | Shaul Mofaz (Minister of Defense) |
| December 9, 2004 | Al-Ekhsan or any other name used by this organization, including all of its factions and any branch, center, committee, group or segment of this organization, is an illegal association as defined in the regulations. | Declared an illegal association | Shaul Mofaz (Minister of Defense) |
| December 30, 2004 | IRFAN (formerly Jerusalem Fund for Human Services) or any other name used by this organization, including all of its factions and any branch, center, committee, group or segment of this organization, is an illegal association as defined in the regulations. | Declared an illegal association | Shaul Mofaz (Minister of Defense) |
| January 10, 2005 | Al-Huda Ramallah led by Kifah Qatash or any other person in its stead, or any other name used by this organization, including all of its factions and any branch, center, committee, group or segment of this organization, is an illegal association as defined in the regulations. | Declared an illegal association | Shaul Mofaz (Minister of Defense) |
| January 30, 2005 | Al-Naka'a in Bethlehem led by Aitaf Alian or any other person in its stead, or any other name used by this organization, including all of its factions and any branch, center, committee, group or segment of this organization, is an illegal association as defined in the regulations. | Declared an illegal association | Shaul Mofaz (Minister of Defense) |
| February 2, 2005 | A group of persons or organization referred to as the Beit Fajar Charitable Society (Lajnat Al-Zakkat Beit Fajar) shall be added to the end of the list of Charity Organizations in Judea, Samaria and the Gaza Strip that are Affiliated with the Hamas and Strengthen the Hamas Infrastructure as well as to the list of Organizations Based Outside of Israel. | Declared an illegal association | Shaul Mofaz (Minister of Defense) |

List of groups declared "Unlawful Organizations" in Israel by order of the Minister of Defense according to Emergency Defense Regulations (Article 84 2 A) 1945

| No. | Hebrew Name | Arabic Name | English Name | Location |
|---|---|---|---|---|
| 1 | Va'adat Kaspei Hatzedaka Jenin | Lajnat Amwal Al-Zakkah Jenin | ZAKKAH FUNDS COMMITTEE JENIN | Jenin |
| 2 | Va'adat Hasiyua Ha'islamit Shechem | Lajnat Al-Ighatha Al-Islamia Nablus | ISLAMIC ASSISTANCE SOCIETY NABLUS | Nablus |
| 3 | Agudat Hasolidariut Letzedaka Islamit Beshechem | Jamaiat Al-Tadamon | ISLAMIC SOLIDARITY (TADAMON) CHARITY SOCIETY | |
| 4 | Va'adat Hatzedaka Tul Karem | Lajnat Zakkah Tul-Karem | ZAKKAH COMMITTEE TUL KAREM | Tul-Karem |
| 5 | Agudat Al-Quran ve'Alsunnah Kalkilia | Jamaiat Al-Quran Wal-Sunnah Qalqilia | QURAN AND SUNNAH SOCIETY QALQILIA | Qalqilia |
| 6 | Agudat Hatzedaka (Hereforma) Hislamit El Bireh | Jamaiat Al-Islah Al-Islamia Al-Bireh | ISLAH (REFORM) SOCIETY EL BIREH | Ramallah |
| 7 | Va'adat Hatzedaka Be'ramallah | Lajnat Zakkah Ramallah | ZAKKAH COMMITTEE RAMALLAH | Ramallah |
| 8 | Ha'aguda Letipul beyitumim Bebeit Lechem | Jamaiat Ra'iat Al-Yatim Bethlehem | ORPHAN CARE SOCIETY BETHLEHEM | Bethlehem |
| 9 | Agudat Hareforma Beyericho | Jamaiat Al-Islah Al-Khiria Jerricho | ISLAH (REFORM) SOCIETY JERICHO | Jericho |
| 10 | Agudat Hatzedaka Ha'islamit Hevron | Al-Jamaia Al-Islamia Al-Khiria Al-Khalil | ISLAMIC CHARITY SOCIETY HEBRON | Hebron |
| 11 | Agudat Hatze'irim Hamuslemim | Jamaiat Al-Shuban Al-Muslemin | SOCIETY OF MUSLIM YOUTH | Hebron |
| 12 | Agudat Hamerkaz Ha'islami | Al-Mujma Al-Islami | ISLAMIC CENTER (MUJMA) | Gaza Strip |
| 13 | Agudat Tohar Hamidot Ha'islamit | Jamaiat Al-Salah Al-Islamaia | ISLAMIC VIRTUE SOCIETY | Gaza Strip |
| 14 | Ha'aguda Ha'islamit | Al-Jamaia Al-Islamia Al-Khiria | ISLAMIC CHARITY SOCIETY | Gaza Strip |
| 15 | Agudat Hane'emanut Letipul Bekshishim | Jamaiat Al-Wafa LiRayat Al-Musenin | LOYALTY (WAFA) SOCIETY TO CARE FOR THE AGED | Gaza Strip |
| 16 | Agudat Mosad Hatzedaka Ve'hahesed Leyeladim | Jamaiat Mubarat Al-Rahme LilAtfal | SOCIETY OF CHARITY AND GRACE FOR CHILDREN | Gaza Strip |
| 17 | Agudat Beit Hakaran Vehasunna | Jamaiat Dar Al-Quran Wal-Sunnah | HOUSE OF QURAN AND SUNNAH SOCIETY | Gaza Strip |
| 18 | Agudat Beit Hakaran Hamevorach Vehasunna | Jamaiat Dar Al-Quran Al-Karim Wal-Sunnah | HOUSE OF BLESSED QURAN AND SUNNAH | Gaza Strip |
| 19 | Va'adat Hatzedakah Vehahesed Han Yunes | Lajnat Al-Zakkah Al-Rahme Khan Yunes | ZAKKAH AND MERCY SOCIETY KHAN YUNES | Gaza Strip |
| 20 | Agudat Alnur | Jamaiat Al-Nur | EL-NUR SOCIETY | Gaza Strip |
| 21 | Beit Almal Hafalestini Ha'aravi Ba'am | Bait Al - Mal Al-Falastini Al-Arabi Al-Musahema Al-'Ama Al-Mahdooda | BEIT ELMAL ALFALASTINI ELARABI LTD. | Ramallah, Nablus |
| 22 | Irgun Hahesed Ha'islami Ha'olami | Hai'at Al-Ighatha Al-Islamia Al-'Alamia | ISLAMIC INTERNATIONAL RELIEF ORGANIZATION (IIRO)/ISLAMIC INTERNATIONAL CHARITABLE FOUNDATION (IICF) | Saudia Arabia |
| 23 | Hakenes Ha'olami Lenoar Islami | Al-Nadwa Al-Islamia LilShabab Al-Islami | WORLD ASSEMBLY OF MUSLIM YOUTH | Saudia Arabia |
| 24 | Ko'alitzyat Hatzedaka | 'Itilaf Al-Khair | UNION OF GOOD | Worldwide |
| 25 | Falastin Almaslama | Falastin Al-Muslima | PALESTINE EL-MULIMAH | UK |

| | | | | |
|---|---|---|---|---|
| 26 | Keren Ha'adama Hakedosha Lerevacha u'fituach | Muassasat Al-Ard Al-Mukadasah Lillghatha WalTanamia | HOLY LAND FUND FOR RELIEF AND DEVELOPMENT | USA |
| 27 | Keren Alaksa | Muassasat Al-Aqsa Al-Khiria | AL-AQSA FUND | Germany, UK, Holland, Denmark |
| 28 | Keren Harevacha Vehafituach Lefalestin - Interpal | Al-Sunduq Al-Falastini Lil-Ighatha Wal-Tanamia-INTERPAL | PALESTINE RELIEF AND DEVELOPMENT FUND-INTERPAL | UK |
| 29 | Hava'ad Le'ezra Ve'lesolidariut im Falestin | Al-Lajna Al-Khiria LiMunasarat Falastin | LE COMMITE DE BIENFAISANE ET DE SOLIDARITE AVEC PALESTINE | France |
| 30 | Hakutla Ha'islamit | Al-Kutla Al-Islamia | ELKUTLA ELISLAMIA | Universities in the Territories |

# רשימת הכרזות וצווים

| תאריך ההכרזה/צו | שם הארגון | מהות ההכרזה/צו | הגורם המכריז |
|---|---|---|---|
| 30/01/86 | אש"פ<br>חזית ההצלה הלאומית הפלסטינית<br>צבא השחרור הפלסטיני, החזית העממית לשחרור פלסטין (חבש)<br>החזית העממית הדמוקרטית לשחרור פלסטין (חוואתמה)<br>חלוצי מלחמת השחרור העממית<br>החזית העממית לשחרור פלסטין<br>חזית השחרור הערבית<br>חזית המאבק העממי הפלסטיני<br>חזית השחרור הפלסטינית<br>פלג אבו-נידאל<br>פלג אבו-אבראהים<br>פלג נאג'י עלוש<br>פלג אבו ג'אבר<br>ארגון "גבורי השיבה"<br>החזית העממית<br>פת"ח<br>הועדות המהפכניות הפלסטיניות<br>החזית הלאומית הפלסטינית<br>סיעת המזוינות המהפכניות הלבנוניות | הכרזה כארגון טרור לפי פקודת מניעת טרור | החלטת ממשלה |
| 22/12/68 | המועדון לתרבות ולספורט טירה | הכרזה על התאחדות בלתי מותרת | משה דיין (שר הבטחון) |
| 18/08/88 | ועדות עממיות<br>ועדות לאומיות<br>קבוצות הלם<br>כוחות הלם<br>קבוצות התנגדות עממית<br>קבוצות הרתעה<br>כוחות הרתעה | הכרזה על התאחדות בלתי מותרת | יצחק רבין (שר בטחון) |
| 22/06/89 | חמא"ס<br>חיזבאללה<br>הג'יהאד האיסלמי | הכרזה כארגון טרור לפי פקודת מניעת טרור | החלטת ממשלה |
| 15/09/89 | תנועת ההתנגדות האיסלמית<br>חמא"ס<br>אלמג'אהידון אלפלסטיניון<br>מג'ד | הכרזה על התאחדות בלתי מותרת | יצחק רבין (שר בטחון) |
| 29/10/90 | הג'יהאד האיסלמי<br>הג'יהאד האיסלמי הפלשתיני | הכרזה על התאחדות בלתי מותרת | משה ארנס (שר הבטחון) |
| 14/03/96 | קרן האדמה הקדושה | צו החרמה | שמעון פרס (שר הבטחון) |
| 17/03/96 | ועדת הסיוע (ההצלה) האיסלמית | צו החרמה | שמעון פרס (שר הבטחון) |
| 28/11/96 | ועדת ההצלה ההומניטרית לתמיכה ביתומים ובנזקקים | צו החרמה | יצחק מרדכי (שר הבטחון) |

| 06/05/97 | פלסטין אלמסלמה<br>קרן הרווחה והפיתוח לפלסטין<br>קרן אלאקצא<br>קרן האדמה הקדושה לרווחה ולפיתוח | הכרזה על התאחדות בלתי מותרת | יצחק מרדכי (שר הבטחון) |
|---|---|---|---|
| 1998 | פלסטין אלמסלמה<br>קרן הרווחה והפיתוח לפלסטין<br>קרן אלאקצא<br>קרן האדמה הקדושה לרווחה ולפיתוח | הכרזה כארגון טרור לפי פקודת מניעת טרור | החלטת ממשלה |
| 20/05/98 | חברת בית אל-מאל אלפלסטיני אלערבי אלמוסהימה אלעאמה אלמחדודה בע"מ | תיקון להכרזה על התאחדות בלתי מותרת | יצחק מרדכי (שר הבטחון) |
| 31/08/00 | אלכותלה אלאיסלאמיה | תיקון להכרזה על התאחדות בלתי מותרת | אהוד ברק (שר הבטחון) |
| 04/10/01 | אל קאעדה, בראשותו של אוסמה בן-לאדן | הכרזה על התאחדות בלתי מותרת | בנימין בן-אליעזר (שר הבטחון) |
| 06/12/01 | התנזים - תנט'ים<br>כוח 17 (המשמר הנשיאותי) - קואת 17 אמן אלראסה | הכרזה כארגון טרור לפי פקודת מניעת טרור | החלטת ממשלה |
| 25/02/02 | **"אגודות הצדקה באיו"ש ואזח"ע"** השייכות לארגון החמאס, ו/או תומכות בו ומחזקות את התשתית של החמאס, לרבות:<br>**"ועדת הצדקה והחסד חאן יונס"** ("לג'נת זכאת אלרחמה חאן יונס")<br>**"אגודת המרכז האיסלאמי"** ("אלמג'מע אלאסלאמי") רצועת עזה<br>**"אגודת טוהר המידות האסלאמית"** (ג'מעית אלצלאח אלאסלאמיה") רצועת עזה<br>**"האגודה האסלאמית"** (אלג'מעיה אלאסלאמיה") רצועת עזה<br>**"אגודת הנאמנות לטיפול בקשישים"** ("ג'מעית אלופאא לרעאית אל מסנין") רצועת עזה<br>**"אגודת מוסד הצדקה והחסד לילדים"** ("ג'מעית מברת אלרחמה ללאטפאל") רצועת עזה<br>**"אגודת בית הקוראן והסונה"** ("ג'מעית דאר אלכתאב ואלסנה") רצועת עזה<br>**"אגודת בית הקוראן המבורך והסונה"** ("ג'מעית דאר אלקראן אלכרים ואלסנה") רצועת עזה<br>**"אגודת "האסיר אלנור"** ("ג'מעית אלנור אלח'יריה) רצועת עזה<br>**"אגודת הצדקה האסלאמית חברון"** ("אלג'מעיה אלח'יריה אלאסלאמיה אלח'ליל")<br>**"אגודת הרפורמה ביריחו"** ("ג'מעית אלאצלאח אלח'יריה")<br>**"האגודה לטיפול ביתומים בבית לחם"** ("ג'מעית רעאית אליתים בית לחם")<br>**"אגודת הצדקה (הרפורמה) האסלאמית באלבירה"** ("ג'מעית אלאצלאח")<br>**"ועדת הצדקה ברמאללה"** ("לג'נת אלזכאת רמאללה")<br>**"אגודת אלקראן ואלסונה קלקליה"** ("ג'מעית אלקראן ואלסנה קלקליה")<br>**"ועדת הצדקה טול כרם"** ("לג'נת אלזכאת טול כרם")<br>**"אגודת הסולידריות לצדקה האסלאמית"** ("ג'מעית אלתדאמן אלחיריה אלאסלאמיה") שכם<br>**"ועדת הסיוע האסלאמית שכם"** ("לג'נת אלאע'תיה אלאסלאמיה נאבלס")<br>**"ועדת כספי הצדקה ג'נין"** ("לג'נת אמואל אלזכאה ג'נין")<br>**"אגודת הצעירים המוסלמים"** ("ג'מעית אלשעבאן אלמסלמין") חברון<br>וכן האגודות האלה שמרכזן בחו"ל:<br>**"הכנס העולמי לנוער אסלאמי"** ("אלנדוה אלעאלמיה לשבאב אסלאמי")<br>**"קואליצית הצדקה"** ("אאתלאף אלח'יר")<br>**"אגודת הסיוע האסלאמית העולמית"** ("אלהיא'ה אלח'יריה אלאסלאמיה אלעאלמיה") | הכרזה על התאחדות בלתי מותרת | בנימין בן-אליעזר (שר הבטחון) |
| 11/08/02 | אל קעידה, בראשותו של אוסמה בן לאדן | הכרזה לפי הפקודה למניעת טרור | החלטת ממשלה |

| | | | |
|---|---|---|---|
| 28/11/02 | התנזים או גדודי חללי אל אקצא | הכרזה על התאחדות בלתי מותרת | שאול מופז (שר הבטחון) |
| 20/12/02 | בטחון הנשיאות או כח 17 | הכרזה על התאחדות בלתי מותרת | שאול מופז (שר הבטחון) |
| 07/02/03 | ועדת המורשת ("לג'נת אלתראת") והמוכרת גם בשמות:<br>ועדת התודעה האיסלמית ("לג'נת אל תוועיה אל אסלאמיה")<br>תנועת התיקון והצדק האסלאמית ("ג'מעיית אל אצלאח אלח'יריה אל אסלאמיה")<br>עמותת "אלסנאבל" | הכרזה על התאחדות בלתי מותרת | שאול מופז (שר הבטחון) |
| 09/02/03 | ועדת המורשת ("לג'נת אלתראת") והמוכרת גם בשמות:<br>ועדת התודעה האיסלמית ("לג'נת אל תוועיה אל אסלאמיה")<br>תנועת התיקון והצדק האסלאמית ("ג'מעיית אל אצלאח אלח'יריה אל אסלאמיה")<br>עמותת "אלסנאבל" | הכרזה לפי הפקודה למניעת טרור | החלטת ממשלה |
| 12/03/03 | "ג'אמעה איסלמיה" | הכרזה לפי הפקודה למניעת טרור | החלטת ממשלה |
| 30/05/03 | חיזבאללה | הכרזה לפי הפקודה למניעת טרור | החלטת ממשלה |
| 12/06/03 | חיזבאללה | הכרזה על התאחדות בלתי מותרת | החלטת ממשלה |
| 24/10/03 | אגודת אלאנצאר וכח קודס של משמרות המהפכה האיראניים - לבנון, או כל שם אחר שיכונה ארגון זה, לרבות כל פלגיו וכל סניף, ועד, קבוצה או סיעה של ארגון זה, הוא התאחדות בלתי מותרת כמשמעותה בתקנות. | הכרזה על התאחדות בלתי מותרת | שאול מופז (שר הבטחון) |
| 12/06/03 | "המוסד לפיתוח החברה" | הכרזה על התאחדות בלתי מותרת | שאול מופז (שר הבטחון) |
| 24/3/04 | "האגודה לטיפוח האשה הערביה" והידועה גם בשם "לג'נת רעאית ללמראה אלערביה" או "ג'מעית אלריאחה ללמראה אלערביה", או בכל שם אחר שיכונה בו ארגון זה, לרבות כל פלגיו ועל סניף, מרכז, ועד, קבוצה או סיעה של ארגון זה, הוא התאגדות בלתי מותרת כמשמעותה בתקנות. | הכרזה על התאחדות בלתי מותרת וצו החרמה | שאול מופז (שר הבטחון) |
| 9/12/04 | אגודת אלאחסאן או בכל שם אחר שיכונה בו ארגון זה, לרבות כל פלגיו וכל סניף, מרכז, ועד, קבוצה או סיעה של ארגון זה, הוא התאחדות בלתי מותרת כמשמעותה בתקנות | הכרזה על התאחדות בלתי מותרת | שאול מופז (שר הבטחון) |
| 30/12/04 | מוסד אירפאן (בשמו הקודם "קרן ירושלים לשירותים הומניים) או בכל שם אחר שיכונה בו ארגון זה, לרבות כל פלגיו וכל סניף, מרכז, ועד, קבוצה או סיעה של ארגון זה הוא התאחדות בלתי מותרת כמשמעותה בתקנות | הכרזה על התאחדות בלתי מותרת | שאול מופז (שר הבטחון) |
| 10/1/05 | "אגודת אלהודא-רמאללה" בראשותה של כפאח קטש או כל אדם אשר יבוא במקומה, או בכל שם אחר שיכונה בו ארגון זה, לרבות כל פלגיו וכל סניף, מרכז, ועד, קבוצה או סיעה של ארגון זה, הוא התאחדות בלתי מותרת כמשמעותה בתקנות | הכרזה על התאחדות בלתי מותרת | שאול מופז (שר הבטחון) |
| 30/1/05 | "אגודת אלנקאא בבית לחם" בראשותה של עטאף עליאן או כל אדם אשר יבוא במקומה, או בכל שם אחר שיכונה בו ארגון זה, לרבות כל פלגיו וכל סניף, מרכז, ועד, קבוצה או סיעה של ארגון זה, הוא התאחדות בלתי מותרת כמשמעותה בתקנות | הכרזה על התאחדות בלתי מותרת | שאול מופז (שר הבטחון) |
| 2/2/05 | אחרי רשימת "אגודות הצדקה באיו"ש ואזח"ע השייכות לארגון החמאס או תומכות בו ומחזקות את התשתית של החמאס" וכן רשימת "האגודות האלה שמרכזן בחו"ל יבוא חבר בני אדם או הארגון המכונה ועדת הצדקה בית פג'אר (לג'נת אלזכאת בית פג'אר) | הכרזה על התאחדות בלתי מותרת | שאול מופז (שר הבטחון) |

רשימת הגופים המוכרזים כ "התאחדויות בלתי מותרות" בישראל בצו שהב"ט עפ"י תקנות ההגנה לשעת חירום (סעיף 84 2 א') 1945

| מס"ד | שם הגוף בעברית | שם הגוף בערבית | שם הגוף באנגלית | מיקום |
|---|---|---|---|---|
| 1 | ועדת כספי הצדקה ג'נין | לג'נת אמואל אלזכאה ג'נין | ZAKKAH FUNDS COMMITTEE JENIN | ג'נין |
| 2 | ועדת הסיוע האסלאמית שכם | לג'נת אלאע'את'ה אלאסלאמיה נאבלס' | ISLAMIC ASSISTANCE SOCIETY NABLUS | שכם |

| | | | | |
|---|---|---|---|---|
| | ISLAMIC SOLIDARITY (TADAMON) CHARITY SOCIETY | גמעית אלתצ'אמן אלח'יריה אלאסלאמיה' | אגודת הסולידריות לצדקה אסלאמית בשכם | 3 |
| טול כרם | ZAKKAH COMMITTEE TUL KAREM | לג'נת אלזכאת טול כרם' | ועדת הצדקה טול כרם | 4 |
| קלקיליה | QURAN AND SUNNAH SOCIETY QALQILIA | ג'מעית אלקראן ואלסונה קלקיליה' | אגודת אלקראן ואלסונה קלקיליה | 5 |
| רמאללה | ISLAH (REFORM) SOCIETY EL BIREH | ג'מעית אלאצלאח' אלאסלאמיה אל בירה' | אגודת הצדקה (הרפורמה) האסלאמית אל בירה | 6 |
| רמאללה | ZAKKAH COMMITTEE RAMALLAH | לג'נת אלזכאת רמאללה' | ועדת הצדקה ברמאללה | 7 |
| בית לחם | ORPHAN CARE SOCIETY BETHLEHEM | ג'מעית רעאית אליתים בית לחם' | האגודה לטיפול ביתומים בבית לחם | 8 |
| יריחו | ISLAH (REFORM) SOCIETY JERICHO | ג'מעית אלאצלאח אלח'יריה יריחו' | אגודת הרפורמה ביריחו | 9 |
| חברון | ISLAMIC CHARITY SOCIETY HEBRON | אלג'מעיה אלח'יריה אלאסלאמיה אלחליל' | אגודת הצדקה האסלאמית חברון | 10 |
| חברון | SOCIETY OF MUSLIM YOUTH | ג'מעית אלשבאן אלמסלמין' | אגודת הצעירים המוסלמים | 11 |
| אזח"ע | ISLAMIC CENTER (MUJMA) | אלמג'מע אלאסלאמי' | אגודת המרכז האסלאמי | 12 |
| אזח"ע | ISLAMIC VIRTUE SOCIETY | ג'מעית אלצלאח אלאסלאמיה' | אגודת טוהר המידות האסלאמית | 13 |
| אזח"ע | ISLAMIC CHARITY SOCIETY | אלג'מעיה אלאסלאמיה אלח'יריה' | האגודה האסלאמית | 14 |
| אזח"ע | LOYALTY (WAFA) SOCIETY TO CARE FOR THE AGED | ג'מעית אלופאא לרעאית אלמסנין' | אגודת הנאמנות לטיפול בקשישים | 15 |
| אזח"ע | SOCIETY OF CHARITY AND GRACE FOR CHILDREN | ג'מעית מברת אלרחמה ללאטפאל' | אגודת מוסד הצדקה והחסד לילדים | 16 |
| אזח"ע | HOUSE OF QURAN AND SUNNAH SOCIETY | ג'מעית דאר אלקראן אלכרים ואלסנה' | אגודת בית הקראן והסונה | 17 |
| אזח"ע | HOUSE OF BLESSED QURAN AND SUNNAH | ג'מעית דאר אלקראן אלכרים ואלסנה' | אגודת בית הקראן המבורך והסונה | 18 |
| אזח"ע | ZAKKAH AND MERCY SOCIETY KHAN YUNES | לג'נת אלזכאת אלרחמה חאן יונס' | ועדת הצדקה והחסד חאן יונס | 19 |
| אזח"ע | EL-NUR SOCIETY | ג'מעית אלנור' | אגודת "אלנור" | 20 |
| רמאללה, שכם | BEIT ELMAL ALFALASTINI ELARABI LTD. | בית אלמאל אלפלסטיני אלערבי - אלמסאהמה אלעאמה אלמחדודה' | בית אלמאל הפלסטיני הערבי בע"מ | 21 |
| סעודיה | ISLAMIC INTERNATIONAL RELIEF ORGANIZATION (IIRO)/ISLAMIC INTERNATIONAL CHARITABLE FOUNDATION (IICF) | היא'ה אלאע'את'ה אלאסלאמיה אלעאלמיה' | ארגון החסד האסלאמי העולמי | 22 |
| סעודיה | WORLD ASSEMBLY OF MUSLIM YOUTH | אלנדוה אלעאלמיה ללשבאב אלאסלאמי' | הכנס העולמי לנוער אסלאמי | 23 |
| כלל עולמי | UNION OF GOOD | אאתלאף אלח'יר' | קואליציית הצדקה | 24 |
| בריטניה | PALESTINE EL-MULIMAH | פלסטין אלמסלמה' | פלסטין אלמסלמה | 25 |
| ארה"ב | HOLY LAND FUND FOR RELIEF AND DEVELOPMENT | מא'ססה אלארצ' אלמקדסה ללאע'את'ה ואלתנמיה' | קרן האדמה הקדושה לרווחה ופיתוח | 26 |
| גרמניה, בריטניה, הולנד, דנמרק | AL-AQSA FUND | מא'ססה אלאקצא אלח'יריה' | קרן אלאקצא | 27 |
| בריטניה | PALESTINE RELIEF AND DEVELOPMENT FUND-INTERPAL | אלצנדוק אלפלסטיני ללאע'את'ה ואלתנמיה - אינטרפל" | קרן הרווחה והפיתוח לפלסטין - אינטרפל | 28 |

| | | | | |
|---|---|---|---|---|
| 29 | הועד לעזרה ולסולידריות עם פלסטין | אללג'נה אלח'יריה למנאצרה פלסטין' | LE COMMITE DE BIENFAISANE ET DE SOLIDARITE AVEC PALESTINE | צרפת |
| 30 | הכתלה האסלאמית | אלכתלה אלאסלאמיה' | ELKUTLA ELISLAMIA | אוניברסיטאות בשטחים |

# ATTACHMENT 3

# In The Matter Of:

*COURTNEY LINDE, et al.*
*v.*
*ARAB BANK, PLC*

---

*DAGAN, YAIR - Vol. 1*
*March 20, 2012*

---

## *CONFIDENTIAL*

MERRILL CORPORATION
LegaLink, Inc.
225 Varick Street
10th Floor
New York, NY 10014
Phone: 212.557.7400
Fax: 212.692.9171

Q. If you would please direct your attention to pages 26 and 27 of Exhibit 8, there is a heading entitled:

"Part Three (A): Checking identification particulars against the list."

And a subheading:

"Obligation to check against the list."

As someone whose job was it -- it was to keep up to date with orders and directives issued by the Israeli authorities concerning counter-terrorist financing, do you have an understanding as to when this obligation to check against the list was issued by the Bank of Israel?

MR. WERBNER: You know I object to all that.

MR. HOWARD: I do.

THE WITNESS: Is this the obligation which we see here?

Q. BY MR. HOWARD: Yes.

A. In the beginning, January of 2007, the official obligation started, even though the banks actually did it before that.

Q. How -- how long before that?

A. From August of 2005.

Q. And I'm going to turn to that in a moment.

Let me ask you: Based on your work in

15:29:24 15:29:27 15:29:39 15:29:39 15:29:42 15:29:44 15:29:45 15:30:03 15:30:06 15:30:12 15:30:16 15:30:20 15:30:26 15:30:27 15:30:29 15:30:36 15:30:54 15:30:55 15:30:56 15:31:06 15:31:12 15:30:55 15:31:18 15:31:22 15:31:25

# BLUE SHEET

A. Yes. 15:34:14

Q. As someone who keeps up to date with these issues and issuances from the Israeli government regarding counter-financing of terrorism, do you know when the Ministry of Justice actually issued regulations telling banks which list -- which centralized list to use? 15:34:16 15:34:19 15:34:22 15:34:26 15:34:33 15:34:37

A. If I'm not mistaken, the regulations were issued in 2007. 15:35:01 15:35:04

MR. HOWARD: Let's mark this as the next exhibit, please. 15:35:08 15:35:10

(Y. Dagan Exhibits 9 and 9A marked.) 15:35:11

Q. BY MR. HOWARD: Mr. Dagan, I'm going to show you in a moment what have been marked as Exhibits 9 and 9A to your deposition. 15:30:55 15:35:41 15:35:44

Exhibit 9 is an English document entitled: 15:35:47

"Prohibition on Financing of Terror (Declaration Regarding a Foreign Terrorist Organization or a Foreign Terror Activist) Regulations, 5768-2007." 15:35:50 15:35:52 15:35:57

The Bates range is DAGAN000004 through 16. 15:36:02

And Exhibit 9A is a Hebrew document with the Bates range DAGAN000017 through 22. 15:36:10 15:36:17

Are you familiar with these documents? 15:36:57

A. (Examining.) Yes. 15:36:58

Q. What are they? 15:37:00

# BLUE SHEET

by the Israeli government.

Q. When you say "this is the list," what significance, based on your experience working with Israeli banks, did the definition of this list have for banks in their CFT practices?

A. The banks must have an official list of all the terror organizations.

Q. And according to the Israeli authorities, who maintained this official list?

A. The Ministry of Defense.

Q. By the way, it says here that the:

"List shall be published on the Internet site of the Ministry of Defense of all of the declared terrorist organizations and every person who has been declared who is a terror activist pursuant to Section 2 of the law."

Can you tell us, based on your experience, does the Ministry of Defense list that's maintained on its Internet site contain names of organizations and of individual persons?

MR. WERBNER: I really have to object here. We're -- we're -- we're going in great depth to Israeli list and the Israeli Minister [sic] of Defense. That's not relevant to any issue in the case. And his -- this just isn't personal knowledge, fact witness.

15:38:47
15:38:49
15:38:51
15:38:54
15:38:57
15:39:19
15:39:23
15:39:26
15:39:28
15:39:40
15:39:43
15:39:45
15:39:46
15:39:50
15:39:54
15:39:58
15:39:59
15:40:03
15:40:07
15:40:10
15:40:11
15:40:13
15:40:18
15:40:21
15:40:30

So I know you disagree. I guess you'll go on. But I wish there was a way to -- to get through all this because this is -- I don't know. 15:40:34 15:40:38 15:40:42

MR. HOWARD: Well, Mark, are you telling me that plaintiffs are making no allegation that declarations of entities as being unlawful by the State of Israel has any relevance at all in this case? 15:40:49 15:40:50 15:40:52 15:40:55

MR. WERBNER: I'm telling you that the honorable judge of this Court entered a ruling about what this gentleman could properly say and what he can't properly say. And you seem to be eliciting stuff that the Court has clearly said was not relevant. And that's the part I don't understand. But -- 15:40:59 15:41:02 15:41:07 15:41:12 15:41:15 15:41:20

MR. OSEN: I'll -- I'll just note that the letter that we sent to you and to Mr. Walsh indicated the scope of relevance of the Israeli unlawful associations list. 15:41:25 15:41:27 15:41:33 15:41:39

MR. HOWARD: I think we can agree to disagree at this point about the scope of Judge Gershon's ruling and of the relevance of the testimony. But I'll move on. 15:41:46 15:41:48 15:41:52 15:41:55

Q. BY MR. HOWARD: The question, Mr. Dagan, was whether, based on your knowledge and experience, the Ministry of Defense consolidated list maintained on their website contained names of organizations and 15:37:00 15:41:56 15:42:01 15:42:05

individuals?

A. Today, the list includes both individuals and organizations. But the individuals were only added at the beginning of this year. Until 2012, it was only organizations.

Q. So prior to 2012, for an Israeli bank using the Ministry of Defense list, did it have any way, based on your experience and knowledge, to know whether individual persons to -- parties to transactions were members of the terrorist organizations for which the banks were not supposed to provide services?

MR. WERBNER: How could that possibly be relevant?

THE WITNESS: The answer is "no," as common practice.

Q. BY MR. HOWARD: Mr. Dagan, if the regulations, that is Exhibit 9, telling the banks to use the Ministry of Defense list for screening accounts and transactions did not get issued until 2007 or 2008, what list did you use with your CNET software that you sold to banks in Israel in 2005?

A. I used a list that was published on the website of the Ministry of Defense.

Q. So you used the list that the government two years later said was the list the banks should use?

15:42:09 15:42:40 15:42:43 15:42:47 15:42:53 15:42:55 15:43:01 15:43:06 15:43:12 15:43:17 15:43:21 15:43:23 15:43:25 15:43:56 15:43:58 15:44:01 15:44:03 15:44:09 15:44:12 15:44:18 15:44:24 15:44:54 15:44:57 15:45:01 15:45:03