```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MATI GILL,                                              JUDGMENT
                                                        11-CV- 3706 (JBW)
                       Plaintiff,

       -against-

ARAB BANK, PLC,

                       Defendant.
------------------------------------------------------------X
```

A Memorandum and Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on November 6, 2012, granting Defendant's motion to dismiss; dismissing the case; directing that Orders for trial are withdrawn; and denying costs or disbursements; it is

ORDERED and ADJUDGED that Defendant's motion to dismiss is granted; that the case is dismissed; that Orders for trial are withdrawn; and that costs or disbursements are denied.

Dated: Brooklyn, New York            Douglas C. Palmer
       November 07, 2012             Clerk of Court

                            by:   /s/ *Michele Gapinski*
                                  Michele Gapinski
                                  Chief Deputy for
                                  Court Operations